IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | Case No: 26-mj-029 DLM |
| | ) | Date: January 20, 2026 |
| Riley James Bushbaum, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6B |
| Defendant, | ) | Time Commenced: 1:38 p.m. |
| | ) | Time Concluded: 1:47 p.m. |
| | ) | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Matt Evans, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Defender
      X FPD      X To be appointed

Date Charges Filed: 1/20/2026    Offense: forcible assault, resist, oppose, impede, intimidate, and interfere with person who was engaged in official duties during such person's term of service a dangerous weapon

    X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.    X Granted.

Next appearance date is Wednesday, January 21, 2024 at 2:30 p.m. before U.S. Magistrate Judge Douglas L. Micko, CR 6B for:
  X Detention hrg    X Preliminary hrg

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                          s/jam
                                  Signature of Courtroom Deputy